UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE                                          )
                                               )
KATHY ANN KAYS,                                )          CASE NO. 18-70589-BHL-7
          Debtor.                              )


MOTION TO APPROVE COMPROMISE AND SETTLEMENT
AND NOTICE OF OBJECTION DEADLINE

Comes now R. Stephen LaPlante, Trustee, and debtor Kathy Ann Kays, in person and by counsel, and for their Motion to Compromise and Settle state as follows:

1.    The debtor filed this Chapter 7 bankruptcy case on May 31, 2018, and thereafter the Trustee was appointed.

2.    Property of the estate includes non-exempt funds in debtor's checking account at Fifth Third Bank in the amount of $937.21.

3.    Trustee has agreed to allow the debtor to repay the checking account funds as follows subject to Court approval:  payments of $100.00 due by the first business day of each month, with the first payment due on or before September 4, 2018; and payment from her 2018 tax refund, all as evidenced by the attached Exhibit "A."

4.    That debtor further agrees that if debtor defaults on the payment terms, the Trustee will file a Notice of Default in this case and in that notice will request that the debtor's discharge be revoked.  If within 10 days after the filing of that Notice of Default the debtor has not filed an objection, the debtor waives the requirement of a separate adversary proceeding and consents to the revocation of debtor's discharge.

5.     Debtor understands that debtor may be waiving significant rights and acknowledges that debtor has been advised to consult with counsel about debtor's rights and options.

NOTICE IS GIVEN that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service [or such other time period as may be permitted pursuant to Fed.R.Bankr.P. 9006(f)].  Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail, or in person at:

352 Federal Building
101 N.W. Martin Luther King, Jr. Blvd.
Evansville, IN 47708

The objecting party must ensure delivery of the objection to the trustee.  **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, the Trustee and debtor pray that this Court approve this compromise and settlement, and grant such other relief as is just and proper in the premises.

/s/ R. Stephen LaPlante, Trustee
R. Stephen LaPlante, Trustee
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone:  (812) 463-6093
Facsimile:  (812) 463-6094
E-mail:       slaplante@keatingandlaplante.com
              rallen@keatingandlaplante.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2018, a copy of the foregoing Motion to Approve Compromise and Settlement was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

kinkadeassociates@hotmail.com
kinkadeandassociates@hotmail.com
ustpregion10.in.ecf@usdoj.gov

I further certify that on August 31, 2018, a copy of the foregoing Motion to Approve Compromise and Settlement was mailed by first class U.S. Mail, postage prepaid, and properly addressed to the following:

See attached matrix

/s/ R. Stephen LaPlante, Trustee
R. Stephen LaPlante, Trustee
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone:  (812) 463-6093
Facsimile:  (812) 463-6094
E-mail:        slaplante@keatingandlaplante.com
                    rallen@keatingandlaplante.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE                                          )
                                               )
KATHY ANN KAYS,                                )        CASE NO.18-70589-BHL-7
        Debtor.                                )

<u>AGREED STIPULATION TO COMPROMISE</u>

Comes now R. Stephen LaPlante, Trustee, and Kathy Ann Kays, debtor, and stipulate and agree as follows:

1.      That, as of the petition date of May 31, 2018, the debtor had non-exempt funds in her checking account at Fifth Third Bank in the amount of $937.21.  Said funds are an asset of this bankruptcy estate.

2.      That debtor currently does not have the funds to remit the entire $937.21 to the bankruptcy estate pursuant to the Trustee's request for turnover.

3.      That the debtor has requested, and Trustee has agreed, to allow the debtor to repay the funds in payments of $100.00 due and payable by the first business day of the month, with the first payment due on or before September 4, 2018, and from debtor's anticipated 2018 federal and state tax refunds, which debtor hereby assigns to debtor's bankruptcy estate.

4.      That debtor understands that if debtor's 2018 federal and state tax refunds are insufficient to remit payment in full, debtor is to surrender the refunds as received and the balance owed above is to be paid within thirty (30) days from the receipt of the 2018 federal and state tax refunds.

**EXHIBIT "A"**

5.      That debtor further understands that her prorated, non-exempt 2018 federal and state tax refunds in their aggregate are also an asset of her bankruptcy estate, separate and apart from the non-exempt funds in her checking account at Fifth Third Bank.

6.      That debtor understands and agrees to keep Trustee informed of any changes in debtor's address, telephone number and employment during the pendency of this bankruptcy.

7.      That debtor understands that should debtor default in any way under the terms of this agreement, Trustee will immediately file his Notice of Default and request that the debtor's discharge be revoked following the 10 day notice period.

8.      That debtor waives the requirement of a separate adversary proceeding and consent to revocation of debtor's discharge upon default by debtor.

Dated:  August _28_, 2018.

_____
KATHY ANN KAYS, Debtor

APPROVED:

Dated:  August _____, 2018.

_____
R. STEPHEN LaPLANTE, Trustee

Debtor's Employer:                _____

Debtor's Employer Address:    _____

                                              _____

Debtor's Current Address:    8950 Windham Court, Evansville, IN 47725
Last Four Digits of SS No.:    xxx-xx5234

**EXHIBIT "A"**