**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 18-70589-AKM-7 | Judge: Andrea K. McCord | Trustee Name: | R. Stephen LaPlante, Trustee |
|---|---|---|---|---|
| Case Name: | KAYS, KATHY ANN | | Date Filed (f) or Converted (c): | 05/31/18 (f) |
| | | | 341(a) Meeting Date: | 07/11/18 |
| For Period Ending: 06/30/19 | | | Claims Bar Date: | 10/15/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2005 Volkswagen Beetle (Value based on 2018 NADA V | 3,275.00 | 0.00 | OA | 0.00 | FA |
| 2. 3 beds, 2 dressers, 1 night stand, 1 lamp, 1 coffe | 900.00 | 0.00 | OA | 0.00 | FA |
| 3. 1 game console, 5 video games, 4 TVs, 1 computer | 300.00 | 0.00 | OA | 0.00 | FA |
| 4. 2 handguns | 200.00 | 0.00 | OA | 0.00 | FA |
| 5. Used clothing | 100.00 | 0.00 | OA | 0.00 | FA |
| 6. Misc. costume jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 7. 2 cats | 30.00 | 0.00 | OA | 0.00 | FA |
| 8. Cash | 8.00 | 0.00 | OA | 0.00 | FA |
| 9. EPPI Card | 19.38 | 0.00 | OA | 0.00 | FA |
| 10. Fifth Third Bank | 206.49 | 937.21 | | 937.21 | FA |
| 11. Fifth Third Bank | 3.14 | 0.00 | OA | 0.00 | FA |
| 12. Tax refundState & Federal | 162.99 | 1,434.01 | | 6,791.31 | FA |
| 13. Term Life Insurance through employer, Beneficiary: | 0.00 | 0.00 | OA | 0.00 | FA |

| | | | | | Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $5,255.00 | $2,371.22 | | $7,728.52 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 07, 2019, 08:34 am Received notice of offset.  Recalculated amount due debtor, cut checks and letter to counsel

May 06, 2019, 08:20 am Received federal refund; discrepancy between return amount and amount of check.  Emailed counsel regarding discrepancy.

March 05, 2019, 09:15 am Received 2018 tax return from counsel

January 21, 2019, 02:22 pm Reviewed claims; no objections.  Case ready to close when tax refund paid in full.

January 15, 2019, 10:51 am Letter to counsel with copy to debtor regarding 2018 tax refunds, assignment of 2018 refunds to bankruptcy estate, and procedure to complete payment

September 25, 2018, 07:54 am Order Granting Motion to Compromise and Settle entered 9/24/18 and served this date

PFORM1

Ver: 22.02

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 18-70589-AKM-7    Judge: Andrea K. McCord | Trustee Name: R. Stephen LaPlante, Trustee |
| Case Name: KAYS, KATHY ANN | Date Filed (f) or Converted (c): 05/31/18 (f) |
| | 341(a) Meeting Date: 07/11/18 |
| | Claims Bar Date: 10/15/18 |

August 31, 2018, 09:21 am Filed Motion to Compromise and Settle regarding funds in bank account

August 29, 2018, 07:56 am Notice of Change of Address for debtor filed 8/28/18

August 29, 2018, 07:57 am Emailed counsel regarding signed stipulation; will extend 9/7/18 LDO if not received by then

August 16, 2018, 07:57 am Turnover order entered 8/15/18 and served this date

August 06, 2018, 02:53 pm Counsel requested a payment plan be set up regarding the turnover of funds in bank account.  Prepare stipulation and motion and forwarded to counsel.  Follow up date of 8/20/18.

July 24, 2018, 09:27 am Turnover motion filed regarding funds in bank account.

July 23, 2018, 03:06 pm Received petition-date bank statement; balance appears to be approximately $1,144.  File turnover motion for funds in bank account.

July 16, 2018, 10:00 am Asset report filed; tickler date of 12/7/18 to mail tax intercept

July 13, 2018, 03:05 pm Emailed counsel's office and requested actual bank statement covering the petition date

Initial Projected Date of Final Report (TFR): 12/31/19        Current Projected Date of Final Report (TFR): 12/31/19

       /s/    R. Stephen LaPlante, Trustee
_____   Date: _____
       R. STEPHEN LAPLANTE, TRUSTEE

PFORM1

Ver: 22.02

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 18-70589-AKM-7 | Trustee Name: | R. Stephen LaPlante, Trustee |
|---|---|---|---|
| Case Name: | KAYS, KATHY ANN | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******4711  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2621 |  |  |
| For Period Ending: | 06/30/19 | Blanket Bond (per case limit): | $ 42,291,316.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/31/18 | 10 | KATHY ANN KAYS<br>3303 W. BOONVILLE-NEW HARMONY RD.<br>EVANSVILLE, IN  47720 | FUNDS IN BANK ACCOUNT | 1129-000 | 100.00 |  | 100.00 |
| 10/04/18 | 10 | KATHY ANN KAYS<br>3303 W BOONVILLE<br>NEW HARMONY RD<br>EVANSVILLE, IN  47720 | FUNDS IN BANK ACCOUNT | 1129-000 | 100.00 |  | 200.00 |
| 11/06/18 | 10 | KATHY ANN KAYS<br>3303 W BOONVILLE<br>NEW HARMONY RD<br>EVANSVILLE, IN  47720 | TAX REFUND | 1124-000 | 100.00 |  | 300.00 |
| 12/10/18 | 10 | KATHY ANN KAYS<br>2905 WESTBROOK CT.<br>EVANSVILLE, IN  47720 | TAX REFUND | 1124-000 | 100.00 |  | 400.00 |
| 01/08/19 | 10 | KATHY ANN KAYS<br>2905 WESTBROOK CT.<br>EVANSVILLE, IN  47720 | TAX REFUND | 1124-000 | 100.00 |  | 500.00 |
| 02/12/19 | 10 | KATHY ANN KAYS<br>2905 WESTBROOK CT.<br>EVANSVILLE, IN  47720 | TAX REFUND | 1124-000 | 100.00 |  | 600.00 |
| 05/06/19 | 10, 12 | UNITED STATES TREASURY | TAX REFUND | 1124-000 | 6,791.31 |  | 7,391.31 |
| 05/07/19 | 010001 | KATHY ANN KAYS<br>2905 WESTBROOK CT.<br>EVANSVILLE, IN  47720 | FUNDS RETURNED TO DEBTOR<br>Debtor's federal and state EIC and prorated portion of refunds, less deduction for non-exempt funds in bank account | 8500-002 |  | 4,857.10 | 2,534.21 |
| 05/07/19 | 010002 | KATHY ANN KAYS<br>2905 WESTBROOK CT.<br>EVANSVILLE, IN  47720 | EXEMPTION<br>Debtor's exemption in tax refunds | 8100-002 |  | 162.99 | 2,371.22 |

**Total Of All Accounts    2,371.22**

PFORM24

Ver: 22.02